

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-25-00436-CV

| | | |
|---|---|---|
| COREY SHON ELLISON MORRELL, Appellant | § | On Appeal from the 96th District Court |
| | § | of Tarrant County (096-330903-21) |
| V. | § | October 16, 2025 |
| MERCER TRANSPORTATION CO., INC., Appellee | § | Memorandum Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
    Chief Justice Bonnie Sudderth